AO 91 (Rev. 02/09) Criminal Complaint

U.S. DISTRICT COURT
WESTERN DIST ARKANSAS
FILED
JUL 28 2010 (2010)
CHRIS R. JOHNSON, Clerk
By
Deputy Clerk

# UNITED STATES DISTRICT COURT

for the

Western District of Arkansas

United States of America
v.
William Michael Cannon
*Defendant*

Case No. 5:10M 5075-001

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of 07/14/2010 in the county of Washington in the Western District of Arkansas, the defendant violated 18 U. S. C. § 2252A(a)(5)(b) and 2252(a)(2), an offense described as follows:

Did possess and receive, a media visual depiction which involves the use of an actual minor engaged in sexually explicit conduct, namely an identified minor victim, a female, approximtely 5 to 6 Years of Age (YOA), being directed, into conducting a visual display of sexual exhibition, for the purpose of creating a media digital record.

This criminal complaint is based on these facts:

See Attached Affidavit

☑ Continued on the attached sheet.

[signature]
*Complainant's signature*

Scott L. Crawford, Senior Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 07/28/2010

[signature]
*Judge's signature*

City and state: Fayetteville, Arkansas

Erin L Setser, U.S. Magistrate Judge
*Printed name and title*

**AFFIDAVIT**

I, Scott L. Crawford, being duly sworn, depose and state as follows:

1. I am a Special Agent with the Department of Homeland Security, Immigration and Customs Enforcement ("ICE"), currently assigned to the Resident Agent in Charge in Fayetteville, Arkansas. I have been so employed with ICE since November, 2001. As part of my daily duties as an ICE agent, I investigate criminal violations relating to child exploitation and child pornography including violations pertaining to the illegal production, distribution, receipt and possession of child pornography, in violation of 18 U.S.C. §§ 2251, 2251A, 2252(a) and 2252A. I have received training in the area of child pornography and child exploitation, and have had the opportunity to observe and review numerous examples of child pornography (as defined in 18 U.S.C. § 2256) in all forms of media including computer media. I have also participated in the execution of numerous search warrants and arrest warrants, a number of which involved child exploitation and/or child pornography offenses.

2. The information contained in this Affidavit is based upon my personal knowledge and observation, my training and experience, conversations with other law enforcement officers and witnesses, and the review of documents and records. This Affidavit is being submitted for the limited purpose to establish probable cause for the arrest of William Michael CANNON for violations of the laws of the United States. I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to believe that evidence, fruits and instrumentalities of violations of Title 18, United States Code, Section 2252A(a)(5)(B) and 2252(a)(2) exists.

3. On or about July 14, 2010, the Springdale Police Department (SPD) conducted

an investigation relating to violations of Possessing, or Viewing Matter Depicting Sexually Explicit Conduct Involving a Child, Class C Felony. The investigation was initiated when SPD Officers were dispatched to the EZ Credit Auto Sales located at 2679 N. Thompson Ave, Springdale, Arkansas, which is located within the Western District of Arkansas. SPD Officers were dispatched regarding an agency assist request made by Springdale Fire Department Captain David Creek. On this date, Capt. Creek went to the EZ Credit Auto Sales to conduct a fire inspection of the property. At the EZ Credit, Capt. Creek made contact with William CANNON who identified himself as an employee of EZ Credit. During Capt. Creek's inspection, Capt. Creek came to a locked door located in the business. Capt. Creek learned that the room was rented to CANNON as his residence. Capt. Creek was denied entry to this portion of the business by CANNON, and after stating his authority to CANNON, CANNON asked if he could have a few minutes in his area alone. Capt. Creek was finally admitted into CANNON'S room to conduct his inspection. During his inspection, Capt. Creek discovered several pictures of partially nude adolescent boys hanging on the walls like wallpaper. Upon discovery of these images, Capt. Creek requested a response by SPD.

4. On July 14, 2010 CANNON was interviewed by Springdale Police Detective Al Barrios pursuant to the SPD investigation. In summary, CANNON stated that he had lived inside the locked room that was discovered by Capt. Creek and that he paid approximately $50 per week rent for this room. CANNON further stated that he was the only person who had access to this room and that no one else had a key to the locked door other than himself. CANNON also stated that he hung the nude images in his room and that these images were works of art that he had produced.

5. The subsequent SPD investigation resulted in the execution of a search warrant at EZ Credit Auto Sales located at 2679 N. Thompson Avenue, Springdale, Arkansas. Pursuant to the search warrant, SPD seized an Asus EEE PC netbook computer containing a Seagate brand SATA 160GB hard drive serial number 5XT0FY54, several media storage devices, children's clothing, journals, and miscellaneous documents. SPD Officers also discovered several children's toy dolls that were stripped naked and hung throughout CANNON'S residence. Several of the dolls found were wrapped in duct tape, some had their heads wrapped in clear plastic bags, some were covered in what appeared to be fake blood, others had been stabbed with scissors, and others were decapitated.

6. SPD Offices also discovered CANNONS bedroom extensively decorated with images of young boys who appeared to be under the age of 14 plastered on all wall of the bedroom. Hand made posters and signs depicting messages such as "boy sex", "kill little boys" and "I eat boys" also covered the walls of the bedroom. There were also missing children posters, toys, children's underwear and clothing, and drawing and images regarding and/or suggesting themes of violence towards children.

7. On July 27, 2010 your Affiant reviewed the journals seized from CANNON'S residence. Your Affiant noted that an entry in one of the journals dated "08-26-07" stated the following: "I did half day of cumunity service at the Jones Center. I did windows in the back part and these 3 boys came in back there 2 young 9-12 and the other was like 14.... The youngest one was dance in around and he also was wakin on his hands he was so cute and skine I wanted him bad....when I first got there one was alredy in the parkin lot going in with his mom I folled behind them he was hot. boys boys boys all day the youngest of the younger brothers was very

lucky to go home and stay alive. I would have cut and raped his young ass 4 days….."

8. Also dated on "08-26-07" of the journal entry your Affiant noted that the entry stated the following: "I went to walmart cuz theres always lots of kids there on Friday night. And there were shitloads of boys everywhere I fixed in on one standin in line his legs were so perfect. I have a big thing about little boys legs the hair on theme is so light and short and silkie it makes me want to cut them off and keep them I would cut on them with a razor blade first while the boy is still alive cut the shit out of them lick on the blood goin down them. The boy would cry lot's of cryin plus hed be shakin in fear & pain begin in me 2 just stop & let him go. Right here in my room. A cute little boy naked bleedin diein & crryin and evenventuly dead a dead boy in here with me 4 ever. Hey sure id get rid of his body but his whole death thing would always be in here…Plus the hours it took 2 kill him would live in here also I could neve get that boy and him diein out of my head I'll always be able to see him to hear & smell him..."

9. During the execution of the search warrant by SPD, SPD Detective Al Barrios made contact with Deborah Ann Vancuren. According to Det. Barrios, Vancuren stated that while SPD Officers were conducting the search of the EZ Credit, CANNON approached her and asked her to retrieve a laptop computer that he had hidden inside a storage room of the EZ Credit. Vancuren further stated that CANNON told her that once she had the laptop in her possession, she should give it to a friend of his identified as Justin Davidson who would contact her in a couple of days. SPD Officers later recovered the Asus EEE PC netbook computer containing a Seagate brand SATA 160GB hard drive serial number 5XT0FY54 from this storage location.

10. Following the search of the EZ Credit business, Det. Barrios conducted a search of the Asus laptop computer that was seized by SPD and discovered several hundred images of

child pornography. On July 27, 2010 your Affiant reviewed these images of child pornography. Based on your Affiant's training and experience, your Affiant recognized several of these images as being images of previously identified child victims. Many of these photographs were found to be images of actual identified minors being directed, into conducting a visual display of sexual exhibition for the purpose of creating a media digital record.

11. One particular identified minor victim file observed by your Affiant was from the "Heather" series. The "Heather" series is an indexing name assigned by the National Center for Missing and Exploited Children (NCMEC) that associates known images of child pornography to the actual identified minor victim. Further review of the Asus laptop computer indicated that this file: **chollo11/mydocuments/mypictures/18.jpg** was created on the laptop on June 14, 2010 and was last accessed on July 4, 2010. On July 28, 2010, your Affiant reviewed records provided by the Texas Department of Public Safety regarding the "Heather" series images. In the Texas Department of Public Safety report, Texas Rangers determined that the identified minor victim depicted in the "Heather" series are images of an identified minor victim who was approximately five or six years of age and were produced in Waco, Texas around 1996 located outside the Western District of Arkansas. Three (3) examples of these images in the "Heather" series reviewed by your Affiant are as follows:

a. file name: **chollo11/mydocuments/mypictures/18.jpg**. This image depicts an identified minor victim approximately five or six years of age with blonde hair. The female is lying on her back completely naked on a striped bedspread, has both her hands covering her eyes and is wearing a black dog collar with her legs spread. She is in obvious distress as she is being raped vaginally by an adult white male who is kneeling in front of her between her legs and has his erect penis inserted into her vagina.

b. a file name: **chollo11/mydocuments/mypictures/18.jpg** . This image depicts

an identified minor victim approximately five or six years of age with blonde hair. The female is completely naked lying on her stomach on a striped bedspread with her legs spread apart. There is a white adult male kneeling behind her and has his erect penis partially inserted into the females anus.

c. a file name: **chollo11/mydocuments/mypictures/18.jpg** . This image depicts an identified minor victim approximately five or six years of age with blonde hair. The females is lying on her back on a striped bedspread and wearing a black dog collar around her neck. There is a white adult male sitting on the female's chest and holding his erect penis against the female's mouth and chin. The female is in obvious distress and is crying in this photograph.

12. On July 27, 2010, your Affiant reviewed a photograph of the Asus EEE PC netbook computer containing a Seagate brand SATA 160GB hard drive serial number 5XT0FY54, which was seized by SPD pursuant to the search warrant at EZ Credit on July 14, 2010. It was marked "Product of China" and was used in the receipt and storage of images of a minor engaged in sexually explicit conduct as that term is defined in Title 18, United States Code, Section 2256. It was not manufactured in the State of Arkansas and therefore did travel in foreign and interstate commerce.

13. The apparent violation of law occurred at a time beginning on or about July 2009 through July 2010, within the jurisdiction of the United States District Court, for the Western District of Arkansas, Fayetteville Division.

14. Based upon the information provided in this affidavit, I believe there is probable cause to believe that William Michael CANNON, did receive images of an actual minor engaged in sexually explicit conduct in violation of Title 18, United States Code, Section 2252(a)(2), and did possess images of an actual minor engaged in sexually explicit conduct in violation of Title 18, United States Code, Section 2252A(a)(5)(B).

15. I hereby swear that the information contained in this affidavit is true and correct to

the best of my knowledge.

Dated at Fayetteville, Arkansas, in the Western District of Arkansas, on this 28th day of July, 2010.

Scott L. Crawford Senior Special Agent
U.S. Immigration & Customs Enforcement

Subscribed and sworn before me this 28th day of July, 2010.

ERIN L. SETSER
UNITED STATES MAGISTRATE JUDGE