IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

UNITED STATES OF AMERICA                                    PLAINTIFF

v.                      No. 5:10M5075-001

WILLIAM MICHAEL CANNON                                      DEFENDANT

**O R D E R**

At the initial appearance conducted on the criminal complaint, the defendant agreed to waive the issues of probable cause and detention pending the final disposition of the case; accordingly, the court considers the matters waived. The defendant is detained, subject to reconsideration on motion of defendant.

SO ORDERED this 29th day of July, 2010.

**/s/ J. Marschewski**
HONORABLE JAMES R. MARSCHEWSKI
UNITED STATES MAGISTRATE JUDGE